

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
## JUDGMENT

In re Gerald Don Gatewood,　　　　　　　\* Original Mandamus Proceeding

No. 11-25-00104-CR　　　　　　　　　　\* May 8, 2025

　　　　　　　　　　　　　　　　　　\* Memorandum Opinion by Williams, J.
　　　　　　　　　　　　　　　　　　(Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　Trotter, J., and Williams, J.)

This court has considered Gerald Don Gatewood's petition for writ of mandamus and concludes that the petition for writ of mandamus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.